# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JOHN T. SHIPP,** | ) |
| **Plaintiff,** | ) |
| v. | ) CIVIL ACTION 10-0064-WS-M |
| **ESM ENTERPRISES, INC., etc., et al.,** | ) |
| **Defendants.** | ) |

## ORDER

In accordance with the notice of dismissal filed by the plaintiff, (Doc. 8), and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this action is **dismissed without prejudice**.

DONE and ORDERED this 18th day of March, 2010.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE